UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:23-cv-01472-HES-LLL

ELITE ESTATE INVESTMENTS LLC,

    Plaintiff(s)

vs

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

    Defendant(s)
_____/

## MEDIATION DISPOSITION REPORT

A mediation conference was conducted on August 22, 2024  The required parties attended the mediation. The conference resulted in the following:

__X__    The parties reached an agreement.

_____    The parties did not reach an agreement.

_____    The conference has been adjourned.

_____    Other

Respectfully submitted,
Thomas K. Brown
200 E. Robinson Street,
Suite 700
Orlando, FL 32801
Business phone: 407-649-9495
Toll Free: 800-851-9173
Fax: 407-649-8698
Email: alevasseur@mediatefirstinc.com