UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELITE ESTATE INVESTMENTS, LLC,

    Plaintiff,

v.                                                                    CASE NO. 3:23-cv-1472-HES-LLL

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

    Defendant.
_____/

## O R D E R

This matter is before this Court on a "Joint Stipulation Dismissing Action with Prejudice" (Dkt. 29).

Accordingly, it is **ORDERED**:

1. The "Joint Stipulation Dismissing Action with Prejudice" (Dkt. 29) is **GRANTED**, and this action is dismissed with prejudice; and

2. The Clerk will terminate all pending motions and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this _30th_ day of October 2024.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Brittany Grace Melendez, Esq.
Kevin J. Weisser, Esq.
John David Dickenson, Esq.
Tiffany Bustamante, Esq.